IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01461-BNB-KLM

DONALD E. ADKINSON,
WENDY A. ADKINSON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER RE PLAINTIFFS' UNOPPOSED
### MOTION TO DISMISS WITH PREJUDICE

---

The Court, having considered the **UNOPPOSED MOTION TO DISMISS BY PLAINTIFF**, filed by the Plaintiff, and finding good cause therefor, hereby orders:

That: the above-entitled matter is dismissed, with prejudice;

That: all claims against the United States or any agent or employee of the Department of Veterans Affairs concerning the care provided to Donald Adkinson are hereby dismissed.

That: Each party shall bear its own attorney's fees and costs.

Dated this 13th day of November, 2008.

_____
~~United States District Court~~

**BOYD N. BOLAND**
**United States Magistrate Judge**